UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FALCON ENTERPRISES, INC.,**
et al.,

    **Plaintiffs,**

v.                                         CASE NO: 8:07-CV-55-T-30TBM

**ENTERTEK ONLINE, INC., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #12). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 15, 2007.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-55.dismissal 12.wpd